**DISMISS; and Opinion Filed May 8, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00574-CV

### IN RE PATRICK BERNARD INGRAM, Relator

**Original Proceeding from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. W01-01902-K(A)**

## MEMORANDUM OPINION
Before Justices Lang, Fillmore, and Brown
Opinion by Justice Fillmore

Relator filed this petition for writ of mandamus requesting that the Court order the district clerk to transmit his application for writ of habeas corpus to the Texas Court of Criminal Appeals. This Court has mandamus jurisdiction over the district clerk only when the district clerk's actions interfere with this Court's jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). The intermediate courts of appeals have no original jurisdiction over petitions for habeas corpus relief from a felony judgment. *See* TEX. GOV'T CODE ANN. § 22.221(d) (West 2004) (limiting habeas corpus jurisdiction of intermediate courts of appeals to civil matters); TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2005) (granting original jurisdiction in cases seeking writs of habeas corpus in criminal cases to the court of criminal appeals, districts courts, and county courts). Consequently, any complaints about action or inaction on a matter related to a post-conviction petition for writ of habeas corpus must be brought by mandamus to the court of

criminal appeals and not to this Court. *In re McAfee,* 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding).

We **DISMISS** the petition.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150574F.P05